UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JOCELYN PIERRE,

                               Plaintiff,                        *Civil Action No.*

      -against-                                   **1:21-cv-2829-FB-RML**

TING HUA CHINESE RESTAURANT INC AND
BIPIN SANGANKAR,

                              Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that Plaintiff, **JOCELYN PIERRE**, and Defendants **TING HUA CHINESE RESTAURANT INC AND BIPIN SANGANKAR** hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

      Dated: August 17, 2021

                                                                   By:_____
                                                                         Bradly G. Marks
                                                                            The Marks Law Firm, PC
                                                                            54 W 40th Street, Ste 1131
                                                                            New York, NY 10018
                                                                            T:(646) 770-3775